DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| | | | |
|---|---|---|---|
| 229P13 | Martha Grist v. Larry Smith | 1. Def's *Pro Se* NOA Based Upon a Constitution Question (COA12-488)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 230P13 | State v. Johnny Richard Gerald, Jr. | 1. State's Motion for Temporary Stay (COA12-1231)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Strike Affidavit of Chevonne Wallace Appended to the State's PDR | 1. Allowed **05/24/13**<br><br>2. See Special Order **08/27/13**<br><br>3. See Special Order **08/27/13**<br><br>4. See Special Order **08/27/13** |
| 232P13 | State v. Bruce Tyler Murchison | 1. State's Motion for Temporary Stay (COA12-1321)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/28/13**<br><br>2.<br><br>3. |
| 233P13 | State v. Keisha Malarian Vaughn | 1. State's Motion for Temporary Stay (COA12-1179)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/28/13** Dissolved the Stay **08/27/13**<br><br>2. Denied<br><br>3. Denied |
| 234A13 | State of N.C. ex rel. Utilities Commission v. Attorney General, et al. | Motion for Admission of Damon Xenopoulos *Pro Hac Vice* | Allowed **07/29/13** |
| 235PA10 | State v. John Edward Brewington | Def's Motion to Stay the Mandate | Denied **07/16/13** |